**The People of the State of Illinois, defendant in error, v. B. A. Crenshaw, plaintiff in error. Gen. No. 32,946.**

Heard in the second division of this court for the first district at the October term, 1928. ■ Opinion filed February 14, 1929. Rehearing denied February 27, 1929.

J. Gray Lucas, for plaintiff in error. John A. Swanson, state's attorney, for defendant in error; Arthur Carlsten and Edward H. Taylor, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Lincoln National Life Insurance Co., complainant (Anna V. Barry, defendant-appellant), v. Joseph David Barry, Anna G. Barry, and Anna V. Barry, defendants (Joseph David Barry and Anna G. Barry, appellees). Gen. No. 32,961.**

Heard in the second division of this court for the first district at the October term, 1928. ■ Opinion filed February 14, 1929.

Frank A. O'Donnell, for appellant; Randolph Thornton, of counsel. Kelly & Murphy, for appellees; Frank F. Trunk and John E. Kelly, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Edward Ropp and F. L. Hanks, trading as Marvel Motor Co., appellees, v. John W. Barnes, appellant. Gen. No. 32,992.**

Heard in the second division of this court for the first district at the Octobter term, 1928. ■ Opinion filed February 14, 1929.

Sumner C. Palmer, for appellant. No appearance for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Rosalina Soldato, appellee, v. Congregazione di Mutuo Soccoro San Rocco di Modugno, appellant. Gen. No. 33,003.**

Heard in the second division of this court for the first district at the October term, 1928. ■ Opinion filed February 14, 1929.

Vito B. Cuttone, for appellant; Clyde C. Fisher, of counsel. Cairoli Gigliotti, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.